## Commonwealth *v.* Mayes, Appellant.

Before SHIOMOS, J., without a jury.

Submitted September 12, 1975. *Edward D. McDevitt*, and *Stack, Ginley & Gallagher*, for appellant; *Steven H. Goldblatt*, Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Morris, Appellant.

Before CANUSO, J.

Submitted September 8, 1975. *Roy H. Davis*, for appellant; *Steven H. Goldblatt*, Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.